UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DRAPER LEE QUEEN | CIVIL ACTION |
| VERSUS | NO. 24-2551 |
| TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX, ET AL. | SECTION "A" (3) |

## ORDER

The Court, having considered the record[1], the applicable law, and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 22), and the failure of any party to file an objection, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter;

Accordingly,

It is **ORDERED** defendant Warden Rhonda Ledet's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, R. Doc. 15, is **GRANTED** and the claims against Ledet are **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that defendant Terrebonne Parish Consolidated Government's Motion to Dismiss Pursuant to FRCP 12(b)(6) for Failure to State a Claim, R. Doc. 18, is **GRANTED** and the claims against Terrebonne Parish Consolidated Government are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Queen's claims against the Terrebonne Parish Criminal

---

[1] Local Rule 41.3.1 provides that "The failure of an attorney or pro se litigant to notify the court of a current e-mail or postal address may be considered cause for dismissal for failure to prosecute when a notice is returned to the court because of an incorrect address and no correction is made to the address for a period of 35 days from the return." Plaintiff has failed to comply with LR 41.3.1 and the Court's Order that he must correct his address with the Clerk of Court by Tuesday, August 19, 2025. Rec. Doc. 24. Both the Report and Recommendation and the Order sent to Plaintiff were returned as undeliverable. Therefore, Plaintiff's claim is also dismissed for failure to comply with LR 41.3.1.

Justice Complex are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Queen's complaint be summarily **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

New Orleans, Louisiana, this 25th day of August, 2025.

_____
**UNITED STATES DISTRICT JUDGE**